No. 82–805.  LUBBOCK INDEPENDENT SCHOOL DISTRICT ET AL. *v.* LUBBOCK CIVIL LIBERTIES UNION.  C. A. 5th Cir. Motions of The Freedom Council, Ad Hoc Group of Students and Parents in Lubbock Independent School District, Texas Association of School Boards, National Association of Evangelicals et al., Mark O. Hatfield et al., and National Council of Churches of Christ in the United States of America et al.

for leave to file briefs as *amici curiae* granted. Certiorari denied.